SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**CASSADY A. ADAMS, COB #48807**
Cassady.Adams@usdoj.gov
**ARIN C. HEINZ, MIB #P80252**
Arin.Heinz@usdoj.gov
Assistant United States Attorneys
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| UNITED STATES OF AMERICA | 3:22-cr-00307-MO |
|---|---|
| v. | **GOVERNMENT'S NOTICE OF ADDITIONAL WITNESS AND AMENDED WITNESS LIST** |
| **JAVIER FRANCISCO VIGIL,** | |
| **Defendant.** | |

The United States of America gives notice that it will also call the following witness

at the trial in this case in the government's rebuttal case on the issue of sanity:

| Witness | Agency | Anticipated Testimony Topics |
|---|---|---|
| **MOLLY KING** | RAC – US Department of Veteran's Affairs, Office of Inspector General, Criminal Investigations Division, Portland, Oregon | This witness will testify in the government's rebuttal case regarding her query of VA databases about the defendant. RAC King will testify about the results of her inquiries, including the fact that she did not identify any information to indicate that Vigil is rated with a service-connected disability or that he applied for a service-connected disability. |

**Government's Notice of Additional Witness and Amended Witness List**          **Page 1**

Additionally, at this time, the government no longer intends to call the following witnesses at trial:

- Carrie Simrell

- Michelle Wellington

- Roy Kline

- Julie Bonsall

- Kimberly Herron

- Claudia Grigore

- David Chamberlain[1]

- Adam Chamberlain

The government reserves the right to call such additional witnesses as may become necessary during the trial.

Dated: March 16, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Cassady A. Adams*
CASSADY A. ADAMS, COB #48807
Assistant United States Attorney

*/s/ Arin C. Heinz*
ARIN C. HEINZ, MIB #P80252
Assistant United States Attorney

---

[1] Since the initial witness list filing, the government learned that this witness is deceased.

**Government's Notice of Additional Witness and Amended Witness List**          **Page 2**