# REPAIR ORDER/INVOICE

ZIMMERMAN AUTOBODY & GLASS

Rem____: P.O. Box 635
ATHENA, OR 97813
Phone 541-566-0120    Fax 541-566-0121

014574

| QTY. | PART NO. & DESCRIPTION  All parts new unless otherwise specified. | AMOUNT |
|------|------|------|
| | Parts as per cost | 3894 37 |
| | Deduct Door + Fender Decals | <250 -> |
| | (customer to have replaced) | |

NAME: Tribal Police    DATE: 11/4/22

ADDRESS:

| CITY | STATE | ZIP |
|---|---|---|

| HOME PHONE | BUS. PHONE | EXT. |
|---|---|---|

| YEAR 2021 | MAKE Dodge | MODEL Durango | ODOMETER |
|---|---|---|---|
| PAINT CODE | TRIM | BODY TYPE | PROD. DATE |

V.I.N.

| INS. CO. | PHONE NO. |
|---|---|

| ADJUSTER | CLAIM NO. |
|---|---|

| DESCRIPTION OF WORK | HRS. | AMOUNT |
|---|---|---|
| ☒ Repair As Per Estimate | 29.8 | 1731 40 |
| ☐ Supplementary Repairs | | |

Auto Body EXPERTS

| QTY. | PAINT & MATERIALS | AMOUNT |
|------|------|------|
| | Paint + Materials | 476 20 |
| | **TOTAL** | |

**WARRANTEE STATEMENT**

"Any warrantee on the products sold hereby are those made by the manufacturer. The seller (above named Dealership) hereby expressly disclaims all warranties, either express or implied, including any implied warranty of merchantability or fitness for a particular purpose, and neither assumes nor authorizes any other person to assume for it any liability in connection with the sale of said products."

PLEASE READ CAREFULLY, CHECK ONE OF THE STATEMENTS BELOW, AND SIGN:
I UNDERSTAND THAT UNDER STATE LAW I AM ENTITLED TO A WRITTEN ESTIMATE, IF MY FINAL BILL WILL EXCEED $50.00.
☐ I REQUEST A WRITTEN ESTIMATE.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE AS LONG AS THE REPAIR COST DOES NOT EXCEED $_____. SHOP MAY NOT EXCEED THIS AMOUNT WITHOUT MY APPROVAL.
☐ I DO NOT REQUEST A WRITTEN ESTIMATE.

Replaced parts will be returned if you request them when the repairs are ordered. (You may inspect those parts which must be returned to the manufacturer).
Replaced Parts Requested By Customer (Please Check) ☐ Yes  ☐ No

I hereby authorize the above repair work to be done along with necessary materials. You and your employees may operate above vehicle for purpose of testing, inspection or delivery at my risk. An express mechanic's lien is acknowledged on above vehicle to secure the amount of repairs thereto. It is understood that this company assumes no responsibility for loss or damage by theft or fire to vehicles placed with them for storage, sale, repair or while road testing.
AUTHORIZED BY

DATE: 11/1/22

| | |
|---|---|
| Ins. Co Pays $ | |
| Customer Pays $ | |
| Insurance Check Payable To | |

DEDUCTIBLE PAID BY
☐ Cash  ☐ Check  ☐ Credit Card
☐ MC  ☐ AMEX  ☐ VISA
Other_____
CC No._____

| | |
|---|---|
| ESTIMATE CHARGE | |
| TOTAL PARTS | |
| TOTAL LABOR | |
| TOTAL REFINISH | |
| TOTAL SUBLET | |
| TOWING | |
| EPA/WASTE DISPOSAL | |
| STORAGE | |
| SUB-TOTAL | |
| TAX | |
| LESS DEPOSIT | |
| **TOTAL** | 5851 97 |

ROI-694-4
PRINTED IN U.S.A.

Exhibit 1

Print    Close

Account #: ███████    MICR Acct. #: ███████    Check No.: ███████
Transaction Type: Check  Amount: $5,851.97 Date: 11/22/2022
Sequence Number: ███████

Front:



Confederated Tribes of the
Umatilla Indian Reservation
General Fund
46411 Timine Way
Pendleton, Oregon 97801

**US bank.**

Transit 24-22/1230   Check: ███████

Check Date        Check Amount
11/16/2022    ****$5,851.97

Pay: ***Five Thousand Eight Hundred Fifty One and 97/100 Dollars***
VOID AFTER 6 MONTHS

To the
Order of:    Zimmermans Auto Body & Glass
David A. Zimmerman
P.O. Box 635
Athena, OR  97813

Back:

e0796

* FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

# Pendleton Tire & Auto

**Invoice**

25 Hwy 11

Phone   541-276-2774
Fax      541-276-2784

| Date | Invoice # |
|------|-----------|
| 9/14/2022 | ████ |

**PAID 10/03/2022**

| Bill To |
|---------|
| CTUIR Tribal Police Dept<br>46411 Ti'mine Way<br>Pendleton, OR 97801 |

Lug nuts MUST be checked and re-torqued to manufactures specification after 50 miles of driving anytime a wheel is removed for any reason. Failure to re-torque can cause catastrophic wheel failure, in which case, Pendleton Tire Factory will not be held responsible or liable.

| REP | P.O. No. | Terms | Due Date | Year/Make/Model | Mileage | License Plate |
|-----|----------|-------|----------|-----------------|---------|---------------|
| AH | | Net 30 | 10/14/2022 | 2021 Dodge Durango | 17,188 | ████ |

| Item | Quantity | Description | U/M | Rate | Amount |
|------|----------|-------------|-----|------|--------|
| NT431945 | 4 | 255/60R18 112V XL BW Nokian WR G4 SUV | ea | 319.36 | 1,277.44 |
| Balance | 4 | Balance | ea | 14.50 | 58.00 |
| Tire Dispose | 3 | Tire Disposal | ea | 4.00 | 12.00 |
| Alignment | 1 | Four Wheel Alignment | ea | 79.95 | 79.95 |
| No Charge Alig... | | Complimentary Alignment with a set of 4 Tires | | -79.95 | -79.95 |

*We Know You Had A Choice - Thank You For Choosing Us!*

| | Total | $1,347.44 |
|--|-------|-----------|
| | **Balance Due** | $0.00 |

Exhibit 1

**Old Republic Union Ins Co (Tribal)**
American States Insurance Company
PO Box 9060
Carlsbad, CA 92018
For Questions Please Call (888)-799-2919

CHECK NO. ▮

DATE
03/15/2023

$****************5,158.70

**Pay** Five Thousand One Hundred Fifty Eight Dollars And 70/100

**TO THE ORDER OF**

VOID AFTER 90 DAYS

Confederated Tribes of Umatilla Indian
Reservation
46411 Timine Way
Pendleton, OR 97801

TWO SIGNATURES REQUIRED ON AMOUNTS OVER $10,000.00

⑈039000390 2⑈ ⑆122235821⑆ 157509222343⑈

| Payee: | Confederated Tribes of Umatilla Indian Reservation | Check Number: | ▮ |
| IRS/SSN: | ▮ | Check Date: | 03/15/2023 |

| Claim Number | Claimant Name | Loss Date | Payment Transaction | From | Through | Invoice Received | Invoice # | Amount |
|---|---|---|---|---|---|---|---|---|
| ▮ | | 02/22/2023 | Collision | 03/14/2023 | 03/14/2023 | | | 5,158.70 |

Comments: Payment per shop estimate less $500 deductible
Involved vehicle: 2021 DODGE DURANGO
▮

REORDER 901 U.S. PATENT NOS. 5243656, 5458066, 5641183, 5785353, 5984364, 6030000

Exhibit 1

UTPD -