Peyton Lee, OSB No. 164224
Assistant Federal Public Defender
Email: peyton_lee@fd.org
101 SW Main Street, Suite 1700
Portland, OR  97204
Tel: (503) 326-2123

Alison M. Clark, OSB No. 080579
Attorney At Law
Email: tex@defenderclark.com
333 SW Taylor St. #300
Portland, OR  97204
Tel: (503) 888-8076

Attorneys for Mr. Vigil

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:22-cr-00307-MO-1 |
| Plaintiff, | |
| | SENTENCING MEMORANDUM |
| v. | |
| JAVIER FRANCISCO VIGIL, | |
| Defendant. | |

Defendant, Javier Francisco Vigil, will appear before this Court on August 4, 2026, for

sentencing upon his plea of guilty to interference with commerce by robbery, in violation of 18

U.S.C. § 1951(a) (count one); felon in possession of a firearm-armed career criminal, in violation

of 18 U.S.C. §§ 922(g)(1) and 924(e)(1) (count three); and attempt to commit murder, in

violation of 18 U.S.C. §§ 1113 and 1152 (count four). For reasons expressed in other sentencing

materials Mr. Vigil respectfully requests this Court follow the joint recommendation of the

parties and the United States Probation Department and impose a term of 240 months in the Bureau of Prisons, with a recommendation that his time be served in a Bureau of Prisons Federal Medical Center.

Dated July 29, 2026.

s/ Peyton Lee
Peyton Lee, OSB #164224

s/ Alison M. Clark
Alison M. Clark, OSB #080579

Page 2 Sentencing Memorandum